

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

LOUIS J. RIZZO, JR.
E-MAIL: lrizzo@rrkdlaw.com

May 12, 2005

**VIA FIRST-CLASS MAIL**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE  19801

    Re:    **Taylor v. Civigenics**
           **USDC for the District of Delaware C.A. No.  04-177 SLR**
           **Our File No.  04-858**

Dear Judge Robinson:

      The undersigned represents Defendant Civigenics, Inc., in the above-captioned matter. A Motion to Dismiss was filed on behalf of my client on December 17, 2004. The Court entered an order on January 12, 2005 requiring Plaintiff to respond to the Motion to Dismiss on or before February 11, 2005. To date, no response to the Motion to Dismiss has been filed by the Plaintiff.

      I note from a review of the docket entries that the Court's Order of January 12, 2005, was apparently returned to the clerk as undeliverable at Plaintiff's address of record. We have received no further communication from the Plaintiff regarding this Motion, or identifying any new contact information.

      Based on Plaintiff's failure to respond to our Motion to Dismiss and otherwise actively prosecute his claim, I respectfully request on behalf of my client that the Motion to Dismiss be granted as unopposed.

      I am available to answer any questions or concerns which the Court may have. Thank you for your kind attention in this matter.

           Respectfully submitted,

           REGER RIZZO KAVULICH & DARNALL, LLP

           Louis J. Rizzo, Jr., Esquire

LJR/mm
cc:  Carla Maresca, Esquire
     Mr. Eddie Taylor