OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2005

**TO:** Edward G. Taylor
HRYCF
SBI #258692

**RE:** *Return of Document due to Lack of Proof of Service on all Local Counsel of Record* - CA 04-177 (SLR)

Dear Mr. Taylor:

Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Sincerely,

PETER T. DALLEO
CLERK

/bad
Enclosure

cc: The Honorable Sue L. Robinson

May 18, 05

Dear Gudge Robinson                                        04-177

My name is Edward J Taylor Jr. SBI #258692. I just received a letter from Civigenics attorney saying that I faild to file or appear for court. I had no knowledge of this. I have sent a letter before that I don't agree with the Motion to Dismiss. My rights to the Constitution has been violated. I still want seek this matter in the Court Room. Thank you for your time and I hope to here from you soon.

With all Respect

Edward J Taylor Jr.
SBI #258692



RECEIVED
MAY 2 3 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned