OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 15, 2005

TO: Edward J. Taylor, Jr.
    SBI# 258692
    HRYCF
    1301 East 12th Street
    Wilmington, DE 19809

**RE: Return of Documents for Lack of Service; 04-177 (SLR)**

Dear Mr. Taylor:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson