

**ATTORNEYS AT LAW**

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

LOUIS J. RIZZO, JR.
E-MAIL: lrizzo@rrkdlaw.com

June 20, 2005

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE  19801

    Re:    Taylor v. Civigenics
            USDC for the District of Delaware C.A. No.  04-177 SLR
            Our File No.  04-858

Dear Judge Robinson:

      The undersigned represents the Defendant Civigenics, Inc. in the above-referenced matter.  As you are aware, Civigenics Inc. filed a Motion to Dismiss in November 2004.  (D.I. 14).  The Answering Brief deadline was extended to February 11, 2005.  (D.I. 16).  It has now been over a month since the Court rejected the Plaintiff's letter for lack of service.  (D.I. 19).

      It appears appropriate to schedule a hearing date at this time unless the Court is prepared to rule on the submissions which have been filed to date.

      Thank you for your attention and courtesy.  I remain available at the Court's convenience in the event that Your Honor desires additional information or schedules a hearing.

                              Respectfully submitted,

                              REGER RIZZO KAVULICH & DARNALL, LLP

                              /s/ Louis J. Rizzo, Jr.

                              Louis J. Rizzo, Jr., Esquire

LJR/dcm
cc:  Carla Maresca, Esquire
     Mr. Eddie Taylor