ORIGINAL

7-26-05

Dear Honorable Sue L. Robinson  04-177

My name is Edward J. Taylor Jr. SBI #258692. I currently have a lawsuit against Civigenics. I don't wish to have my case dismissed. I have the right to have my case heard in open court. My Constitutional rights have been Violated.



FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Very truly yours,
Edward J. Taylor Jr.
Edward J. Taylor Jr.
SBI #258692

# CERTIFICATE OF SERVICE

I, Edward J. Taylor Jr, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

**Motion to continue Case**
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

| | |
|---|---|
| JD. Sue L. Robinson | Louis J Rizzo Jr |
| office of the Clerk | Suite 202 |
| United States District court | 1001 N. Jefferson street |
| 844 N. King Street, Lockbox 18 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801-3570 | |

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this 26 day of July, 2005.

Edward J. Taylor Jr.
(Your signature)

Edward J. Taylor Jr.
SBI #258672
2E pod Cell #10
P.O. Box 9561
Wilmington, Delaware 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Legal Mail

[Postmark: WILMINGTON, JUL 28 2005, USPS]

U.S.M.
X-RAY