OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 3, 2005

TO: Edward J. Taylor, Jr.
SBI # 258692
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

**RE: Letter dated 7/26/05; 04-177(SLR)**

Dear Mr. Taylor:

The above referenced letter has been received by this office requesting assistance regarding legal representation. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson