IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR<br><br>         Plaintiff,<br><br>vs.<br><br>CIVIGENICS, INC.<br><br>         Defendant. | Civ. No. 04-177-SLR |

DEFENDANT'S, CIVIGENICS, INC., MOTION
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30 (A) (2)
TO TAKE THE DEPOSITION OF AN INCARCERATED INDIVIDUAL

  Defendant, Civigenics, Inc., by and through their attorneys, Reger Rizzo Kavulich & Darnall LLP and Deasey, Mahoney & Bender, Ltd., respectfully file this Motion to take the Deposition of an Incarcerated Individual pursuant to F.R.C.P. 30 (A) (2) and in support aver as follows:

  1. Plaintiff, Eddie Taylor, a prisoner proceeding *pro se*, commenced this action by filing a complaint. Plaintiff's Complaint alleges Civil Rights violations under the United States Constitution by employees of Defendant, Civigenics, Inc..

  2. Currently, Plaintiff is incarcerated at Howard R. Young Correctional Facility 1301 East 12th Street, P.O. Box 9561, Wilmington, DE 19809.

  3. Defendants wish to take the deposition of Plaintiff on September 12, 2005 at 1:00 P.M. or on a date and time convenient to all parties.

  4. Plaintiff possesses personal knowledge which is likely to lead to the discovery of admissible evidence.

  **WHEREFORE**, Defendant, Civigenics, Inc., respectfully requests that this Honorable Court grant its Motion and Order the Plaintiff's deposition to take place on September 12, 2005.

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)


Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics