IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR  **Plaintiff,** | Civ. No. 04-177-SLR |
| vs. | |
| CIVIGENICS, INC.  **Defendant.** | |

## ORDER

**AND NOW**, this _____ day of _____, 2005, it is hereby ordered that Defendants are GRANTED leave to take the deposition of Incarcerated Plaintiff, Eddie Taylor, on September 12, 2005 at 1:00 P.M. or at a date and time mutually convenient to the parties.

_____
J.