IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR<br><br>     Plaintiff,<br><br>vs.<br><br>CIVIGENICS, INC.<br><br>     Defendant. | Civ. No. 04-177-SLR |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, hereby certify that on August 9, 2005, I have served upon all person(s) listed below a true and correct copy of *Defendant's Motion Pursuant to Federal Rule of Civil Procedure 30 (A) (2) to take the Deposition of an Incarcerated Individual*, in this matter by First Class Mail:

  Edward J. Taylor, Jr.
  #258692
  Howard R. Young Correctional Facility
  1301 East 12th Street
  P.O. Box 9561
  Wilmington, DE 19809

      Respectfully submitted,

      REGER RIZZO KAVULICH & DARNALL LLP

  By:  /s/ Louis J. Rizzo, Jr._____
     Louis J. Rizzo, Jr., Esquire
     1001 Jefferson Street, Suite 202
     Wilmington, DE 19801
     (302)652-3611 (Phone)
     (302)652-3620 (Facsimile)

     Carla P. Maresca, Esquire
     DEASEY MAHONEY & BENDER, LTD.
     Suite 1300
     1800 John F. Kennedy Boulevard
     Philadelphia, PA  19103-2978
     (215) 587-9400, ext. 135 (Phone)
     (215) 587-9456 (Facsimile)

     Attorneys for Defendant, Civigenics