IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDDIE TAYLOR

                Plaintiff,  :  Civ. No. 04-177-SLR

vs.

CIVIGENICS, INC.

                Defendant.

<u>ORDER</u>

AND NOW, this 16th day of August, 2005, it is hereby ordered that Defendants are GRANTED leave to take the deposition of Incarcerated Plaintiff, Eddie Taylor, on September 12, 2005 at 1:00 P.M. or at a date and time mutually convenient to the parties.

                                                        /s/ Sue L. Robinson
                                                                   J.