8-13-05

**ORIGINAL**

Dear, Judge Susan L. Robinson, 1:04cv-177 S.L.R

    I'm writing regarding Defendant, Civigenics Inc. Motion Pursuant To Federal Rule of Civil Procedure 30 (A)(2) To Take The Deposition of an Incarcerable Individual.

    On Sep 12 2005 Civigenics, Inc. and there Attorney's would like for me to appear in Court for Deposition Hearing of an Incarcerated Individual. Due to the Fact that I have to go to trial in Court of Common Pleas on Sep 12 and 13th 2005 I'm not available. Also I'm not available on Oct 7, 2005 I have to be in Superior Court for sentencing

    In closing, I would like to thank you Honorable Judge Susan L. Robinson and all other parties in this matter.

Very truly yours,
Edward J. Taylor Jr.
*Edward J. Taylor Jr.*



FILED
AUG 17 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, _Edward J. Taylor Jr_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Response to Deposition Hearing_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Honorable Judge Susan L. Robinson
United States District Court
844 North King street
Lock Box 31
Wilmington, DE 19801

Louis J. Rizzo Jr Esquire
1001 Jefferson street

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _13th_ day of _August_, 200_5_.

_Edward J Taylor Jr_
(Your signature)



The Honorable Judge Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Edward J. Taylor Jr.
SBI # 258692
2F Pod cell #10
P.O. Box 9561
Wilmington, DE 19809



J.S.M.S.
X-RAY