IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR,<br><br>                     Plaintiff,<br><br>vs.<br><br>CIVIGENICS, INC.<br><br>                     Defendant. | Civ. No. 04-177-SLR |

NOTICE OF DEPOSITION OF PLAINTIFF

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Plaintiff, Eddie Taylor** on **Thursday, September 22, 2005 at 1:00 p.m.** at Howard R. Young Correctional Facility, 1301 East 12th Street, P.O. Box 9561, Wilmington, DE 19809.

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By:  /s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)


Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics