IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR | |
| Plaintiff, | Civ. No. 04-177-SLR |
| vs. | |
| CIVIGENICS, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, hereby certify that on August 23, 2005, I have served upon all person(s) listed below a true and correct copy of *Notice of Deposition of Plaintiff*, in this matter by First Class Mail:

    Edward J. Taylor, Jr.
    #258692
    Howard R. Young Correctional Facility
    1301 East 12th Street
    P.O. Box 9561
    Wilmington, DE 19809

        Respectfully submitted,

        REGER RIZZO KAVULICH & DARNALL LLP

By:    /s/ Louis J. Rizzo, Jr.
       Louis J. Rizzo, Jr., Esquire
       1001 Jefferson Street, Suite 202
       Wilmington, DE 19801
       (302)652-3611 (Phone)
       (302)652-3620 (Facsimile)

       Carla P. Maresca, Esquire
       DEASEY MAHONEY & BENDER, LTD.
       Suite 1300
       1800 John F. Kennedy Boulevard
       Philadelphia, PA 19103-2978
       (215) 587-9400, ext. 135 (Phone)
       (215) 587-9456 (Facsimile)

       Attorneys for Defendant, Civigenics