August 30, 2005

To whom it my concern,

04-177 (SLR)

My name is Edward J Taylor Jr. I'm writting about council to represent me in my lawsuit. I have wrote to the Federal Public Defender to see if they can assist me in this matter but they told me to ask the Courts for help in this matter. I have a deposition hearing on Sept 22, 2005 at 1:00 pm. I would like if I can have some one there to make sure that my rights are not violeted any more then they have been.

Thank you for your time in this matter and God Bless you.

Thank You,

Edward J. Taylor Jr.
Edward J Taylor Jr.
SBI #258692

FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE




Edward J. Taylor Jr.
SBI # 258692
P.O. Box 9561
Wilmington DE, 19809

Office of The Clerk
United States District Court
844 King Street / Lock Box 18
US Court House
Wilmington, DE, Delaware 19801

U.S.M.S. X-RAY