IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | Plaintiff, | Civ. No. 04-177-SLR |
| vs. | | |
| CIVIGENICS, INC. | Defendant. | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, hereby certify that on September 20, 2005, I have served upon all person(s) listed below a true and correct copy of *Vacation of Deposition of Plaintiff*, in this matter by First Class Mail:

Edward J. Taylor, Jr.
#258692
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By:  /s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics