IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | | |
| | Plaintiff, | Civ. No. 04-177-SLR |
| vs. | | |
| CIVIGENICS, INC. | | |
| | Defendant. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patricia McEnteer, Esquire to represent Defendant, Civigenics, Inc. in this matter.

REGER RIZZO KAVULICH & DARNALL, LLP

  /s/ Louis J. Rizzo, Jr.
Louis J., Rizzo, Jr. (ID #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant, Civigenics

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____            _____
                                    The Honorable Sue L. Robinson