IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | | |
| | Plaintiff, | Civ. No. 04-177-SLR |
| vs. | | |
| CIVIGENICS, INC. | | |
| | Defendant. | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail, postage prepaid on the following unrepresented party on September 23, 2005:

Edward J. Taylor, Jr.
#258692
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Louis J. Rizzo, Jr.
Louis J., Rizzo, Jr. (ID #3374)
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant, Civigenics