In The UNITED STATES DISTRICT Court
For The DISTRICT of DELAWARE

EDWARD J. TAYLOR JR.

    Plaintiff,

Vs.

CIVIGENICS, Inc.

    Defendant.

CIV. NO 04-177-SLR



FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff, EDWARD J Taylor Jr

Discovery of Evidence

---

1.) Plaintiff, Edward J. Taylor Jr. has in his possesion a list of peoples who signed a petition that has seen or been a part of the unconstitutional practice of inmates in Authority of other inmates.

2.) Plaintiff, Edward J. Taylor Jr. has a copy of one of civigenics Inc. manuals that shows Inmates have Jobs over top of other inmates. Here are the pages (14, 15.) that shows you the Jobs titles of the Jobs, sometimes things are made to look good but are not good.

3) Plaintiff Edward J. Taylor Jr. has a breif statement of what happened

I entered the key program on 12/02 and left 4/05. The hole time I was there I had and was told to do things against my will and the Constitution of America. I was told by Inmates and Counselors if I don't do what I was told to do by my fellow Inmates that I would be given a sanction by Inmates on the spot which you would be asked to or told to do scrub toilets, showers floors, wipe down phones, have to stand in one spot or sit in one spot with hands on knees back straight on steel seats or bunks tell a inmates tells you to move. If I told them no I would be given a harder accountability like spair parts which is where the inmates have all authority over you and you do not see your counselor for about 3 to 30 days depending on your contract that you get besides caseloads or seminars. When you are on that contract inmates make you do calisthetios, put your face in the wall and tell the man on the wall, "thank you for saving my life" and rub his chest at the same time. They will down you by calling you names, tell you are No good and you are nothing at all. They do or did a lot more to us in the program. this is some of them. If you do not do what you are told to do then you go to the hole. If you quit, you can't quit because you are forced to do the program by the program. What I mean by this is that you'll go to the hole then you are recirculated back to the key program for more abuse. There is no way out of the abuse that you go through in the program. The way they made you feel is unreal you feel like you want to hurt some one, disgusted, humiliated, ashamed and paraniod you never know what is going to happen to you. People don't care for you, if you told them what was going on they tell you to deal with it.

All I know is that I needed help for my drug promblem, it turn or made you want to get high even more. Some people get high because they come from homes that there parents verbally abuse them. I think that I would not be back in jail if I had the right treatment from the begining of my rehabilition stage. There is a lot more to it but I'll disclose at a Later date. Like I said before Civigenics was responsible and liable for there clients.

Respectfully Yours

EDWARD J. TAYLOR JR.
*Edward J. Taylor Jr.*
SBI #258692

Affidavit of Conditi...

US District Court

I certify I have seen or been part of the unconstitutional practice of inmates in Authority of other inmates:

1) Guy Phillips
2) Dennis Garrace
3) James St...
4) Jonathan D...
5) Adam Dash
6) Ulysses C...
7) [illegible] Ourese
8) Ricky Benson
9) Richard Brown
10) Charles Watson
11) Donald Wathen
12) David W D...
13)
14)
15)
16)
17)
18)

- If you are giving feedback you need to identify both negative (habit-self) and positi (inner-self) qualities about the participant who is receiving feedback. This group is intended to "beat somebody up" about their behavior, but as an opportunity to see how others perceive your behavior in-groups, outside of groups and in your day-to day interactions with your peers and with staff.

## SELF DISCOVERY PROCESS GROUP FORMAT

The purpose of the Self Discovery group is to allow you to share with your peers issues th have you "stuck" or that are keeping you from moving forward in your recovery efforts. Th is not a group for discussing how you got here, or how bad it was, or other "war stories." This group takes a "that was then, this is now" approach. In this group you have the opportunity to gain a better awareness of who you are – not the labels that have been put on you, like "convict" or "addict," to be honest in presenting your problems, and to gain a perspective of what you have been and done to use as a person and place to move on from The group is not about complaining and playing "ain't it awful – it is about recognizing where you are now in your life and moving on. The group rules listed above will be followe in this and all groups in the program.

## THE CORRECTIONAL RECOVERY PROGRAM
## COMMUNITY COMMITTEE DESCRIPTIONS

To effectively implement and consistently sustain the structure and routine of the program community, we need to have a formal set of committees and reporting responsibilities. We do this through the establishment of committees within the community. Based on the size of your program, the number of committees your community has will vary.

After your entry into the program you will be assigned to one of the community's committees.

Committees that your program may have are:
- **Operations**: This department is responsible for maintaining the cleanliness and orderliness of the physical environment of the TC. The Operations Department is responsible for cleaning the common areas and landscaping (if permitted) daily. This does not mean other therapeutic community members are not responsible to pick up after themselves.
- **Big Brother/Sister**: Big brothers/sisters must be individuals who have demonstrated pro-social attitudes and behaviors. A participant keeps their big brother/sister until he/she completes the program. An individual may be assigned more than one brother/sister.
- **Ways & Means**: This department is responsible for conducting clerical functions within the community, including:
  - Maintain resident roster (name, admission date, current phase, etc.)
  - Structure board
  - Posters
  - Job functions
  - Morning/Evening facilitators

- Seminar presenter list
- Big Brother/Sister list
- Job attendance
- Weekly program schedule and recreational activities
- List of current LEs

**Peer Support:** Members are responsible for assisting any program participant who needs help with program assignments, GED, etc.
**Orientation:** Committee members are responsible for orienting new member to the program rules, structure, procedures, philosophy, etc.
**Library:** Responsible for maintain a library of recovery material for program participants to read.
**Recreation:** Plans recreational activities and positive outlets for TC members.
**Art:** Committee members are responsible for the creation, selection, and display of recovery related materials for display in the community.

Finally, there is a **"Program Committee"** whose members are the coordinators of all of the committees in your program.
Each committee has a "staff advisor" assigned to assist it in its operations. Your performance in the program will determine, in part, your committee assignment and your chance to become the coordinator of a committee.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Motion for Edward J. Taylor Jr was served by First Class mail on Oct 10, 2005 upon the Following:

The Honorable Sue L. Robinson
United States District Court
844 North King street
Lock Box 31
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dated: Oct 10, 2005

Respectfully Yours
Edward J Taylor Jr
SBI# 258692
HRYCI
P.O. Box 9561
Wilm, DE 19809

Edward J. Taylor Jr.
SBI # 258692
H.R.Y.C.I
P.O. Box 9561
Wilmington, Delaware 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801/3570

