Oct 19, 2005

Judge Sue L. Robinson,

     I'm writing regaurding to a letter, motion of Discovery that I have sent to you. The letter that I worte to you was about asking the court to help me with council in my case. The motion of Discovery was sent to you on the 9th or 10th of Oct. I would like to know if you and the court got them. Thank you for your time in this matter.

FILED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

Edward J. Taylor Jr.
Edward J. Taylor Jr.
SBI #250692
H.R.Y.C.I
P.O. Box 9561
Wilm, DE 19809

CERTIFICATE OF Service

I hereby certify that a copy of the within motion for Edward J. Taylor Jr was served by First Class Mail on Oct 19, 2005, upon the following.

Judge Sue L. Robinson  
United States District Court  
844 N. King street, Lockbox 18  
Wilm, DE 19801-3570

Office of the Clerk  
United States District Court  
844 N. King Street, Lockbox 18  
Wilmington, DE 19801-3570

Oct 19, 2005

Edward J. Taylor Jr.  
*Edward J. Taylor Jr.*  
SBI #258692  
H.R.Y.C.I  
P.O. Box 9561  
Wilm, DE 19809





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE 19801-3570



U.S.M.S. X-RAY

Edward J. Taylor Jr.
SBI #258692
H.R.Y.C.I.
P.O. Box 9561
Wilm, DE 19809