IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>CIVIGENICS, INC.<br><br>        Defendant. | Civ. No. 04-177-SLR |

<u>RENOTICE OF DEPOSITION OF PLAINTIFF</u>

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Plaintiff, Eddie Taylor** on **Monday, November 21, 2005 at 1:00 p.m.** at Howard R. Young Correctional Facility, 1301 East 12th Street, P.O. Box 9561, Wilmington, DE 19809.

            Respectfully submitted,

            REGER RIZZO KAVULICH & DARNALL LLP

      By:  /s/ Louis J. Rizzo, Jr.
           Louis J. Rizzo, Jr., Esquire
           1001 Jefferson Street, Suite 202
           Wilmington, DE 19801
           (302)652-3611 (Phone)
           (302)652-3620 (Facsimile)

           Patricia E. McEnteer, Esquire
           DEASEY MAHONEY & BENDER, LTD.
           Suite 1300
           1800 John F. Kennedy Boulevard
           Philadelphia, PA  19103-2978
           (215) 587-9400, ext. 182 (Phone)
           (215) 587-9456 (Facsimile)

           Attorneys for Defendant, Civigenics