IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CIVIGENICS, INC.<br><br>　　　　Defendant. | Civ. No. 04-177-SLR |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, hereby certify that on October 31, 2005, I have served upon all person(s) listed below a true and correct copy of *Renotice of Deposition of Plaintiff*, in this matter by First Class Mail:

>Edward J. Taylor, Jr.
>#258692
>Howard R. Young Correctional Facility
>1301 East 12th Street
>P.O. Box 9561
>Wilmington, DE 19809

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　REGER RIZZO KAVULICH & DARNALL LLP

　　　　　　　　　　By:　　　/s/ Louis J. Rizzo, Jr.
　　　　　　　　　　　　　　　Louis J. Rizzo, Jr., Esquire
　　　　　　　　　　　　　　　1001 Jefferson Street, Suite 202
　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　(302)652-3611 (Phone)
　　　　　　　　　　　　　　　(302)652-3620 (Facsimile)

　　　　　　　　　　　　　　　Patricia E. McEnteer, Esquire
　　　　　　　　　　　　　　　DEASEY MAHONEY & BENDER, LTD.
　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　1800 John F. Kennedy Boulevard
　　　　　　　　　　　　　　　Philadelphia, PA  19103-2978
　　　　　　　　　　　　　　　(215) 587-9400, ext. 182 (Phone)
　　　　　　　　　　　　　　　(215) 587-9456 (Facsimile)

　　　　　　　　　　　　　　　Attorneys for Defendant, Civigenics