IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| EDDIE TAYLOR | : | NO. 04-177-SLR | |
| Plaintiff, | : | | |
| | : | | |
| vs. | : | | |
| | : | | |
| CIVIGENICS, INC. | : | | |
| Defendants. | : | JURY TRIAL DEMANDED | |

## STATEMENT OF COUNSEL PURSUANT TO LOCAL DISTRICT COURT CIVIL RULE 7.1.1

_____The undersigned counsel for Defendant Civigenics, Inc. has made a reasonable effort to reach an agreement with the Pro Se Plaintiff on the proposed amendment to the Case Scheduling Order as set forth in the attached Motion. Counsel for Defendant Civigenics, Inc. has been unable to contact the Pro Se Plaintiff to ascertain his position on this Motion.

Respectfully submitted,

**REGER RIZZO KAVULICH & DARNALL LLP**

Dated: November 30, 2005

By:     /s/ Louis J. Rizzo , Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
**DEASEY MAHONEY & BENDER, LTD.**
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

*Attorneys for Defendant, Civigenics*