IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | : | NO. 04-177-SLR |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| CIVIGENICS | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**O R D E R**

It is hereby Ordered and Decreed on this _____ day of _____, 2005, that the Case Scheduling Order entered on August 4, 2005 is amended as follows:

1. All discovery in this case shall be initiated so that it will be completed on or before January 2, 2006.

2. All Summary Judgment Motions and Opening Brief and Affidavits, if any, in support of the Motion shall be served and filed on or before February 3, 2006. Answering Briefs and Affidavits, if any, shall be filed on or before March 3, 2006. Reply Briefs shall be filed on or before March 20, 2006.

BY THE COURT:

_____

J.