IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **EDDIE TAYLOR** | : | **NO. 04-177-SLR** |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| **CIVIGENICS** | : | |
| Defendants | : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that copies of the foregoing Motion to Amend Case Scheduling Order, Pursuant to Federal Rule of Civil Procedure 6(b) were served by First Class Mail, postage prepaid on the following counsel of record and unrepresented parties on November 30, 2005:

> Edward J. Taylor, Jr.
> #258692
> Howard R. Young Correctional Facility
> 1301 East 12th Street
> P.O. Box 9561
> Wilmington, DE 19809

Respectfully submitted,

**REGER RIZZO KAVULICH & DARNALL LLP**

Dated: November 30, 2005

By:   /s/ Louis J. Rizzo , Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

And

Carla P. Maresca, Esquire
**DEASEY MAHONEY & BENDER, LTD.**
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

*Attorneys for Defendant, Civigenics*