12-8-05

The Honorable Judge Sue L. Robinson,        04-177 (SLR)

① I don't oppose the defendant's motion to Amend case scheduling order. Their First attemp to have a disposition hearing on Sep. 22, 2005 for what-ever reason didn't take place. Although I had no cause in the cancellation.

② At the Nov. 21, 2005 disposition, I had no problem with the defendants lawyers obtaing record from my pryor treatment centers, Also my mother is waiting for the lawyer to contact her in-order for the lawyer to recieve the case law that I have or what they need.

③ Your Honor, This situation is truly becoming to complicated for me. I'm not afforded ample time time in the law library to try to handle my case effectively, Therefore I Hope and Pray that your honor appoints me a lawyer to represent me for the remainder of this case.



FILED
DEC 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Yours truely
Edward J. Taylor Jr.
Edward J Taylor Jr
SBI #258692

## Certificate of Service

I hereby certify that a copy of the within Motion for Edward J. Taylor Jr. was served by first class mail on Dec. 8, 2005 upon the following.

The honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 North King Street
Wilmington, DE 19801-3570

Dated: Dec 8, 2005

Respectfully Yours
Edward J. Taylor Jr.
*Edward J Taylor Jr.*
SBI # 258692



ward J. Taylor Jr.
I # 258692
D.V.C.F.
P. Box 9561
mington, DE 19805

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801