IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| EDDIE TAYLOR | : | NO. 04-177-SLR | |
| **Plaintiff** | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| CIVIGENICS | : | | |
| **Defendant** | : | JURY TRIAL DEMANDED | |

### ANSWER OF DEFENDANT TO PLAINTIFF'S COMPLAINT

Defendant Civigenics, Inc. by and through its undersigned counsel, hereby answer the Complaint filed by Plaintiff, Eddie Taylor denying each and every averment except as to those expressly admitted below.

I. After reasonable investigation, Defendant is unable to admit or deny the averments contained in this section.

II. Defendant specifically denies the factual averments contained in this section.

III. Defendant admit only that the Plaintiff is Eddie Taylor and Defendant is Civigenics, Inc. Defendant denies all other factual averments in this section.

IV. Defendant specifically deny any and all factual averments contained in Plaintiff's Statement of Claims.

V. Defendant denies that Plaintiff is entitled to any relief.

**WHEREFORE,** Defendants request that the Court dismiss the Amended Complaint, enter judgment in their favor, and assess costs and attorney fees against the Plaintiffs.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, and laches.

### FOURTH AFFIRMATIVE DEFENSE

Defendant acted at all times in good faith and for legitimate and nondiscriminatory reasons.

### FIFTH AFFIRMATIVE DEFENSE

Defendant's actions or inactions were not the proximate, legal, or substantial cause of any damages, injury or loss suffered by Plaintiff, the existence of which is denied.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Prisoner Litigation Reform Act.

**WHEREFORE,** Defendants request that the Court dismiss the Amended Complaint, enter judgment in their favor, and assess costs and attorney fees against the Plaintiffs.

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Louis J. Rizzo, Jr.
Louis J. Rizzo, Jr., Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics