IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR | |
| Plaintiff, | Civ. No. 04-177-SLR |
| vs. | |
| CIVIGENICS, INC. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, hereby certify that on February 3, 2006, I have served upon all person(s) listed below a true and correct copy of *Defendant's Answer to Plaintiff's Complaint*, in this matter by First Class Mail:

    Edward J. Taylor, Jr.
    #258692
    Howard R. Young Correctional Facility
    1301 East 12th Street
    P.O. Box 9561
    Wilmington, DE 19809

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By:     /s/ Louis J. Rizzo, Jr.
    Louis J. Rizzo, Jr., Esquire
    1001 Jefferson Street, Suite 202
    Wilmington, DE 19801
    (302)652-3611 (Phone)
    (302)652-3620 (Facsimile)

    Carla P. Maresca, Esquire
    DEASEY MAHONEY & BENDER, LTD.
    Suite 1300
    1800 John F. Kennedy Boulevard
    Philadelphia, PA  19103-2978
    (215) 587-9400, ext. 135 (Phone)
    (215) 587-9456 (Facsimile)

    Attorneys for Defendant, Civigenics