

# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware:     Citizen Services | Business Services | \

**Department of Correction (DOC)**

HOME
SERVICES

INFORMATION
Bids/RFPs/Solicitations
Council On Correction
DACS Project
Death Row
   Executions
   Fact Sheet
   History
Escapee Listing
Facts and Figures
Prison Arts
Prison Industries
Religious Services
Youth/Young Offenders

## Substance Abuse Treatment

The State of Delaware-Department of Correction recognizes the vital importance of substance abuse treatment within the inmate/offender population. Currently, 80-percent of the state's offender population are substance abusers. Without intervention and treatment, recidivism rates can top 70-percent. Delaware's internationally-acclaimed, 3-step substance abuse treatment program is proven to be successful in rehabilitating drug offenders. **This treatment program is called: KEY, Crest, Aftercare.** Treatment follows the offender from incarceration to work release and finally, to full-time status in the community. Delaware is the first state in the nation to fully implement such an aggressive offender substance abuse program.

## Program Details

**The KEY Program**

- The KEY is the **first component** of Delaware's substance abuse treatment regimen for offenders with a history of substance abuse. KEY is a prison-based therapeutic community for men and women - a total treatment environment that is discipline-based, intense and isolated from the rest of the prison population. Today, the KEY program can accommodate approximately 420 participants a year throughout the prison system.

- The primary goal of KEY is to change negative patterns of behavior, thinking and feelings that predispose one toward drug abuse.

- The KEY program started at the Howard R. Young Correctional Institution (then the Multi Purpose Criminal Justice Facility) (Gander Hill) on July 21, 1988 with 20 inmates. KEY South at the Sussex Correctional Institution started November 1997.

- The treatment perspective of the KEY programs is that drug abuse is a disorder of the whole person; addiction is the symptom, not the essence of the disorder. The primary goal is to change negative patterns of behavior, thinking and feeling that predispose one toward drug abuse.

- Inmates typically become involved in the KEY program during the last 12-18 months of incarceration. This allows material learned in the program to stay in the forefront of the offender's mind as he/she moves to the next stage of substance abuse treatment.

- The program provides a disciplined, regimented routine for inmates. They do not have access to television or telephones during the day. Free time can be taken away as a consequence of inappropriate behavior.

- KEY participants are called "family" members. Undertaking responsibility is

essential to treatment at the KEY. For example, some "family" members are part of the media crew, which develops motivational signs and displays appropriate news articles.

- Programming is scheduled seven days a week with KEY staff members' oversight. Inmates have access to staff counselors daily should they need to discuss issues related to their treatment.

- Inmates must meet twice a week with their caseload group (several other inmate members) to discuss issues important to their own recovery.

- Inmates who have been part of the KEY program for several months are required to present "peer seminars" to other inmate members regarding issues important to their own recovery.

- KEY is located at:

**Women's Facilities:**
Baylor Women's Correctional Institution in New Castle
Called: KEY Baylor or The Village
Opened January 1994
96 beds
12 month program - designed specifically for the needs of female offenders

**Men's Facilities:**
Howard R. Young Correctional Institution (Gander Hill) in Wilmington
Called: KEY North
Opened July 1988
200 beds
12 month program

Sussex Correctional Institution in Georgetown
Called: KEY South
Opened November 1997
120 beds
12 month program

**The Crest Program**

- Crest is the **second component** of Delaware's substance abuse treatment program for offenders. Crest Outreach Centers are residential centers for both men and women. The Crest program allows recovering substance abusers to continue their treatment as they transition to the community. Offenders must display pro-social behaviors such as honesty, responsibility and accountability prior to being hired for jobs in the community. Typically, offenders work during the day and return to their assigned Center at night for therapy, counseling or treatment.

- The Crest program is 6 months in duration. The first three months are spent entirely at the Crest Center with the offender engaged full-time in substance abuse treatment. In the second three months in the program, offenders become involved in the work release portion of the program. Offenders job seek or work during the day then return to the Crest Center at night for continued substance abuse therapy and to sleep.

- Offenders go through several phases of treatment during their time in the Crest program:

- o Entry, evaluation and orientation: Offenders become acclimated to life outside of prison.
- o Primary: Counselors and offenders explore the challenges and issues faced by individual offenders and prepare appropriate responses to minimize the likelihood of relapse.
- o Job-seeking: Offenders develop job seeking and interview skills.
- o Work Release: Offenders maintain residence at Crest while working in the community.

- Crest is located at:

  <u>Central Violation of Probation Center</u> near Smyrna
  Called: Crest Primary
  250 total facility beds
  125 beds dedicated to Crest
  6 month program
  Serves a male population only

  <u>Morris Community Corrections Center</u> in Dover
  Called: Crest Central
  150 total facility beds
  150 beds dedicated to Crest
  6 month program
  Serves a male and female population

  <u>Plummer Community Corrections Center</u> in Wilmington
  Called: Crest North
  240 total facility beds
  140 beds dedicated to Crest
  6 month program
  Serves a male and female population

  <u>Sussex Community Corrections Center-Work Release Unit</u> in Georgetown
  Called: Crest South
  240 total facility beds
  100 beds dedicated to Crest
  6 month program
  Serves a male and female population

**The Aftercare Program**

- Aftercare is the **third and final component** of substance abuse treatment that takes place once an offender has completed Crest and is on probation. Offenders taking part in the Aftercare are living full-time in the community. In Aftercare, offenders return weekly to an assigned center for group sessions and counseling. Offenders also participate in random, mandatory drug testing.

- Aftercare offenders typically live in "host houses" where host families must meet certain requirements to participate.

- Aftercare is located at:

  Central Violation of Probation Center near Smyrna
  Plummer Community Corrections Center in Wilmington
  Sussex Violation of Probation Center in Georgetown

**Effectiveness:**

- A University of Delaware study of the DOC's drug treatment continuum found: Of those completing the continuum, 76 percent remained drug-free and 71 percent remained arrest free after 18 months. In a control group that did not receive the continuum, only 19 percent remained drug-free and 30 percent arrest-free after 18 months.

- A study by the California Department of Alcohol and Drug Programs estimates that for every $1 spent on substance abuse treatment, $7 is saved in criminal justice costs - making treatment a long-term, cost-effective approach toward reducing crime.

**Fast Facts about the Delaware Department of Correction's substance abuse treatment continuum:**

- The Delaware Department of Correction immediately found that the KEY section of the prison is the cleanest, safest, most trouble-free section of the facility.

- The KEY was established in 1988 by a Bureau of Justice Assistance grant. In 1990, Delaware's Department of Correction assumed funding of the program.

- In February 1999, a delegation from Argentina visited the KEY Village program at the Baylor Women's Correctional Institution. The delegation explored bringing an intensive substance abuse treatment program to their region and chose Delaware's model to study.

- In April 1999, a delegation from Australia visited the KEY program at the Howard R. Young Correctional Institution, (then MPCJF), the KEY Village at the Baylor Women's Correctional Institution and the Crest program at the Plummer Community Corrections Center. The delegation explored bringing an intensive substance abuse treatment program to their region and chose Delaware's model to study.

- In June 1999, Department of Correction Commissioner Stan Taylor led a group of DOC officials to Argentina to follow up with the delegation that visited in February. Commissioner Taylor and his staff offered additional assistance to the Argentines in setting up a substance abuse treatment program.

- In 1997, then U.S. Drug Czar, General Barry McCaffrey, visited the KEY program at the Howard R. Young Correctional Institution (then MPCJF), the KEY Village program at the Baylor Women's Correctional Institution and the Crest program at the Plummer Community Corrections Center. McCaffrey praised Delaware's prison-based substance abuse programs as a role model for the nation in turning around lives and reducing crime.

Last Updated: Monday, 05-Dec-05 15:23:28