

# CORRECTIONAL RECOVERY PROGRAM

## Key North

## CORRECTIONAL RECOVERY PROGRAM

## RESIDENT

## GUIDEBOOK

# Resident Guidebook

## Welcome
Welcome to the Key North Correctional Recovery Program. In partnership with the Department of Corrections, CiviGenics has developed a corrections-based therapeutic community treatment program. The Program's main goal is to teach you clear and effective ways that will help you live a life free of **CRIME** and **DRUGS**.

## Purpose
This manual will provide you with information about the program's philosophy, design, and structure. It is your responsibility to know this information. Please direct all questions to the program staff.

## What We Believe
- You have the potential and ability to learn the necessary skills to maintain a crime and drug free life.

- You are 100% responsible for your future. Many different events led up to your current status … an inmate in the correctional system. Some events may have been beyond your control and some were not. Your future is up to you!

- Your future begins today. If you want your future to look like your past, then the answer is easy. Do nothing. Do your time. Keep your old ways.

- If you want a better future for yourself and your loved ones, then you need to make changes in your lifestyle, work hard, commit to learning new skills, and take responsibility for your actions. Recovery is a tough road but very rewarding and well worth it.

- The program works if you work the program.

- The program is effective. Many offenders like you, who have graduated from the program, are now living a healthy, productive life – free of crime and drugs.

- Our intentions are serious. The program will be a unique experience. The program will respect you as a person, your intelligence and abilities.


**Build a future that is better than your past.**

### Peer Support

Peer support is a key component of the Program. You are required to support your fellow Program members in their recovery and to ensure that the program values, philosophy, and structure are maintained. A positive and pro-social community is essential to your recovery. PHASES II, and especially Phase III peer members, are required to serve as positive role models and demonstrate responsible concern for Phase I peer members. We expect more from Level II & III members. The program functions as a Therapeutic Community (TC) requiring everyone to show responsible concern for one another.

### Program Rules

Institutional rules apply at all times (during and off program times). The program supports and will strictly follow all rules. It is your responsibility to know and follow the rules. Non-compliance with rules may result in extended time in the program, a loss of privileges or discharge from the program and a return to higher levels of security.

### Incentives

As you progress from one phase to another in the program, you will earn privileges. They are intended to recognize the good work you are doing, and also to recognize the difficult changes you are making in your everyday life.

### Sanctions

Accepting responsibility for your actions is an important step in your recovery. Therefore, the program has established specific sanctions for rule infractions. Severe infractions will result in discharge from the program; less severe infractions will lead to loss of privileges, set back in the program, etc. All sanctions are intended to allow you to take responsibility for your actions and to learn from your mistakes.

### Your Record & Confidentiality

The program will maintain a written record of your progress and participation. Your record is confidential. Only the program staff and the Department will have access to your record unless otherwise provided by informed consent or as required by law. The program will follow all Department policies regarding confidentiality.

### Program Staff

The program staff combines academic and experiential background. The program staff will be supportive and provide effective recovery programming to you. However, your progress will depend on your level of participation in program activities, hard work, demonstrating pro-social behaviors, and commitment to recovery.

**Build a future that is better than your past.**

4

## What The Program Is Not

- We are not here to help you deal with the DOC or listen to your complaints.
- We will not advocate on your behalf with the Department of Corrections.
- We are not here to protect you from the consequences of your actions.
- We are not here to listen to you bash the criminal justice or law enforcement systems.
- We are not here to help you get out of jail early.
- We are here to help you learn how to <u>stay</u> out of jail and to live a more satisfying and meaningful life without the use of drugs and the commission of crimes! By working with staff and with your peers WE can make this happen!!

## Program Goals & Objectives

The Program's main goal is for you to learn effective real-life ways that will help you remain out of prison and live a life free of **CRIME** and **DRUGS**. We will assist you in the following areas:

- Learning to become a learner
- Developing relapse prevention skills to avoid further crime and drugs
- Learning anger management techniques
- Learning effective problem-solving skills
- Learning effective interpersonal skills
- Developing a strong work ethic
- Developing pro-social attitudes, behaviors, and values
- Participating in Twelve Step Fellowship
- Developing positive outlets
- Developing a continuing recovery plan

## Admission

Upon entering the program, you will:
- Sign the program admission forms
- Review and agree to follow all program rules and procedures
- Agree to actively participate in all program groups and activities
- Sign consent of disclosure
- Receive a copy of the program guidebook
- Be assigned a primary counselor and a peer mentor

Build a future that is better than your past.

5

# Key North Phase System

The Correctional Recovery Program is divided into 3 phases: Phase I, Phase II and Phase III. In order to progress from one phase to the next, you will have to <u>learn, and demonstrate</u> understanding of certain skills that will be taught to you while in the program. These skills are listed below by phases.

In order to advance from one phase to then next you will need to pass a written test. If you have difficulty reading you will be provided the opportunity to take an oral test in an individual session with your counselor. Staff approval at weekly Clinical Case Review is also required for phase advancement.

The staff meets weekly to review your progress and assess your readiness for movement to the next phase based on your overall progress in treatment. Considerations include: your level of responsible engagement in the treatment process, your ability to demonstrate a positive work ethic, your contribution to your peers in the TC, a reduction in your participation in behaviors associated with the criminal lifestyle, your commitment to pro-social values and behaviors, and your ability to show improved decision-making skills derived from your inner-self and reduction in behaviors and attitudes stemming from the habit-self. **Phase movement is ultimately dependent upon you and the effort you put in to your treatment.**

## Correctional Recovery Program Curriculum

### Phase I

| Orientation Group | Core Skill Group | Principal of Recovery |
|---|---|---|
| Addiction & Recovery | Affirming | Don't Feed Your Monsters |
| Key Terms & Concepts | Asserting | Avoid Your Triggers |
| Learn to Learn | Brain-Storming | Stick to Your Structure |
| Giving & Receiving Feedback | Calming | Think it Through |
| Inner Self vs. Habit Self | Danger-Spotting | Trust the Truth |
| Criminal Addictive Thinking I | Focusing | Learn to Practice |
| Criminal Addictive Thinking II | Forecasting | Step Slow & Steady |
| HIV Education | View Switching | Reach Out & Open Up |
| | Humanizing | Be a Member |
| | Prioritizing | Make the Moment Count |
| | Resourcing | Remember the Past |
| | Self Listening | Nourish Your Spirit |
| | Handshaking | Respect Life |
| | Tension-Sensing | Put Recovery First |

In addition to the groups above, Phase I residents will participate in Individual Counseling, Morning & Evening meetings, Committee meetings, Self-Discovery Group, Twelve Step Fellowship meetings, D.E.A.L. groups and Peer Awareness Groups.

14

## Phase II

| Criminal Addictive Thinking | Learn to Work Skills | Intro. To 12 Steps Fellowship |
|---|---|---|
| Too Proud To Learn | A Working Life | Getting to Know 12 Step Fellowships |
| Life Is Not Fair | Honesty at Work | Guide to Twelve Step Groups – I |
| Authority & Freedom | Self-presentation | Guide to Twelve Step Groups – II |
| Wising Up the Negative Mind | Job Safety | Guide to Twelve Step Groups – III |
| Why It's Called Getting Wasted | Review/Report | Guide to Twelve Step Groups – IV |
| Getting Over | Job Search | What is an AA/NA Group |
| Challenges, Dangers, & Excitement | Resume Writing | The Twelve Traditions |
| Goals & Dreams | Interviewing I | What an AA/NA Meeting is Like |
| Doing Good Time | Interviewing II | Getting Into a Home Group |
| Out-Thinking Violence | Handling the Green Drug | All About Sponsors |
| Fighting for Pride | | |
| Gang-Ups | | |
| Anger Triggers & Violence Traps | | |
| Say It Right | | |
| Hear It Right | | |
| Gunning | | |
| Wounding Love | | |
| Reaching Agreement | | |
| Sources of Strength | | |
| Get Even Get Ahead | | |

In addition to the groups above, Phase II residents will participate in Individual Counseling, Morning & Evening meetings, Committee meetings, Self-Discovery Group, Twelve Step Fellowship meetings, D.E.A.L. groups and Peer Awareness Groups.

## Correctional Recovery Program Curriculum
### Phase III

| Correctional Recovery Training | Release Preparation (RePAC) |
|---|---|
| Pastoral Partners | Review RePac Questions |
| Guilt Kills | Review RePac Questions |
| Untold Pain | Review RePac Questions |
| Beating the Hunger Memory | Review RePac Questions |
| Warning Signs | Review RePac Questions |
| Triggers & Traps | Review RePac Questions |
| Craving Skills | Review RePac Questions |
| Slip Stoppers | Review RePac Questions |
| Keep On | |
| Self Assessment | |
| Old Friends | |
| New Friends | |
| New Groups | |
| Taking Root In a Self Help Community | |
| Using Help | |
| Friendly Support | |
| Recovery Partners | |
| Family Ties | |
| Preparing For Homelife | |
| Your First Day Out | |

In addition to the above groups, Phase III residents will participate in Individual Counseling, Morning & Evening meetings, Committee meetings, D.E.A.L. group Twelve Step Fellowship meeting, and Mentor phase I & II residents.

**Build a future that is better than your past.**

## Key North Program Rules –

**THE DEPARTMENT OF CORRECTIONS RULES & REGULATIONS APPLY AT ALL TIMES.** The program staff will support and strictly enforce all Department rules and procedures. Program rules apply at all times, and in any area of the institution. All questions about program rules are to be addressed to your primary counselor. Most of the facility rules can be found in your copy of the SCCC Offender's Manual. Rules are subject to change at any time and all residents are expected to follow directions given by security and corrections staff.

**Cardinal Rules** -Any violation of the following Cardinal rules will result in immediate discharge from the program.
1. Any acts and/or threats of physical violence.
2. Possession of any weapons, dangerous contraband or attempts to escape.
3. Any act that jeopardizes the safety of the program, other residents, staff and/or institution.
4. Gang representation. Wearing or displaying colors is not allowed.
5. Any other Infraction determined to warrant discharge through the institution disciplinary process.
6. Possession and/or use of any illicit drugs or alcohol on program premises.
7. Theft, destruction of property and/or unauthorized possession of property belonging to others.
8. Sexual contact with others or implicit sexual behaviors while residing in the program.
9. Failure to provide a urine specimen within two (2) hours of the directive will be treated as positive urine.
11. Engaging in any illegal activities such as gambling, strong-arming, intimidation etc.
12. Any rule violation committed following the receipt of a Termination Warning from the Program Director.

**Basic Rules** -Any violation of the following Basic Rules will result in program sanctions and if improvement in conduct is not demonstrated program discharge may result.
1. Verbal aggression; i.e. swearing, sexual remarks, racial remarks, name calling or intimidation.
2. Continued lack of progress will result in discharge from treatment.
3. All safety rules such as fire drills, etc. must be followed.
4. Disrespect toward program participants, correctional staff or security staff.
5. Leaving a scheduled group or activity without permission.
6. Use of profanity.
7. Reporting late to a group or any other scheduled activity.
8. Negative contact between two or more people.
9. Failure to complete an assignment, behavioral contract, learning experience, etc.
10. Abuse of privileges.
11. Wearing or displaying drug/alcohol promotional items are not allowed.
12. Isolating.
13. Addressing staff and/or program participant in an inappropriate manner.
14. Failure to wear proper uniform (shirt tucked in, pants pulled up, shirt & pants neat and clean).
15. You must be dressed neatly and appropriately at all times.
16. Hats are not to be worn inside any building. Hooded sweatshirts, hairpieces are not allowed.
17. ID tags must be visible at all times with name visible.
18. All areas must be neat and clean at all times.
19. No televisions are permitted in the treatment building. Radios are only allowed for the purpose of alarm clocks.
20. No banging on the windows.
21. No loitering in hallways. Residents are to remain in rooms unless called by a staff person.
22. Proper hygiene is to be maintained at all times.
23. Personal visits, commissary, laundry, haircuts, work, education, etc. must not interfere with program activities.
24. Any activity that hinders your recovery from crime and/or drugs.
25 Unexcused absence from any program activity/group and/or assigned activity i.e. GED class etc. (Out of Place).
26. Failure to obey a direct order from a staff person.
27. Disrespect toward security, treatment staff or volunteers.
28 Refusing to participate in any assigned groups, activities, work assignment, etc

**Build a future that is better than your past.**

16