1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. TAYLOR, JR.,        )
                              )
        Plaintiff,            )
                              )
v.                            )   Civil Action No.
                              )      04-177-SLR
CIVIGENICS, INC.,             )
                              )
        Defendant.            )

        Deposition of EDWARD J. TAYLOR, JR. taken pursuant to notice at the Multi-Purpose Criminal Justice Facility, 1301 E. 12th Street, Wilmington, Delaware, beginning at 1:20 p.m. on November 21, 2005, before Vincent J. Bailey, Registered Professional Reporter and Notary Public.

APPEARANCES:

        PATRICIA McENTEER, ESQ.
        DEASEY, MAHONEY & BENDER, LTD.
          Suite 1300, 1800 JFK Boulevard
          Philadelphia, Pennsylvania  19103-2978
          for the Defendant.

------------------------------------------------------------
              WILCOX & FETZER
   1330 King Street - Wilmington, Delaware 19801
              (302) 655-0477



**WILCOX & FETZER LTD.**
Registered Professional Reporters

ORIGINAL

```
 1    A.    '91, '92.
 2    Q.    Where were you incarcerated?
 3    A.    Ferris School for Boys.
 4    Q.    What was the reason for your incarceration?
 5    A.    Drug habit.
 6    Q.    What drugs were you taking?
 7    A.    Marijuana, PCP.
 8    Q.    Were you arrested for selling?
 9    A.    No.  I was arrested for arson second charge.
10    Q.    So the formal charge was arson?
11    A.    Yes.
12    Q.    Then how long were you incarcerated?
13    A.    Six months.
14    Q.    Okay.  Then when was your next incarceration?
15    A.    When I was 15 -- 16, 16 years old.
16    Q.    '93, '94?
17    A.    Yes.
18    Q.    Where were you incarcerated?
19    A.    Ferris.
20    Q.    How long were you incarcerated?
21    A.    Eleven and a half months.
22    Q.    What was the reason for your incarceration?
23    A.    Trafficking PCP.
24    Q.    That was the official charge?
```

1  A. Yes.
2  Q. You said 11 and a half months you were
3  incarcerated?
4  A. Yes.
5  Q. Next incarceration?
6  A. When I turned 18 years old.
7  Q. '96?
8  A. Yes -- about '95, '96.
9  Q. Okay. The reason for the incarceration?
10 A. I had to post bail. I got tried as an adult on
11 a burglary charge.
12 Q. When was that?
13 A. In '95.
14 Q. You were convicted?
15 A. I pleaded out to a theft charge.
16 Q. Where were you incarcerated?
17 A. Gander Hill.
18 Q. How long were you incarcerated?
19 A. Three weeks until I posted my bail.
20 Q. Okay. Then when were you next incarcerated?
21 A. When I was 19 years old.
22 Q. 1996?
23 A. Yes.
24 Q. What were the charges?

```
 1      A.    Burglary second and burglary third.
 2      Q.    Is this in relation to the charge in '95?
 3      A.    No.
 4      Q.    These are two separate charges?
 5      A.    Yes.  Two separate sets of charges, yes.
 6      Q.    Okay.  How long were you incarcerated?
 7      A.    I did 18 months level 5 and six months work
 8  release.
 9      Q.    18 months?
10      A.    Level 5.
11      Q.    I'm not really down with the lingo, so if you
12  could explain, like what does level 5 mean?
13      A.    That means this place here.
14      Q.    Okay.
15      A.    This type of incarceration.
16      Q.    So max/min?
17      A.    Yes.
18      Q.    Then you did six months --
19      A.    Six months work release.  That's where you can
20  go out and get a job.
21      Q.    Level 5 just threw me.
22            Were you incarcerated at this prison?
23      A.    Some here and some in Georgetown.
24      Q.    So for this incarceration you did part Gander
```

1  Hill?
2      A.    And part Georgetown.  That's where I finished my
3  work release and all that.  I did about a year in Gander
4  Hill.
5      Q.    So one year and then the rest at Georgetown.
6  That was the work release, correct?
7      A.    Yes.
8      Q.    Then when was your next incarceration?
9      A.    Next incarceration, I got a dirty urine.  For
10 violating probation I got sent to work release, Plummer
11 Center, about '98.
12     Q.    How long were you in the Plummer Center?
13     A.    A month and a half.
14     Q.    Okay.  Why did you have a dirty urine?
15     A.    I got high.
16     Q.    Okay.  Marijuana?
17     A.    Cocaine.
18     Q.    Your next incarceration?
19     A.    Next incarceration was '98 also, September of
20 '98.  I was in somebody's house and the cops came in and
21 found drugs in the house and I spent 15 and a half months
22 in prison for violation and a charge, trafficking, PCP.
23     Q.    So violation of parole and trafficking PCP?
24     A.    PCP.  But the PCP charge got annihilated.

```
 1      Q.    So that charge was dropped?
 2      A.    Yes.
 3      Q.    Where did you serve your time?
 4      A.    Gander Hill.
 5      Q.    Did you go to any other facility during --
 6      A.    No.
 7      Q.    So when was your next incarceration?
 8      A.    Next incarceration, 2000.  Burglary third.
 9      Q.    How long were you incarcerated?
10      A.    Three years -- well, actually 3 years, I only
11   did 24 months.
12      Q.    So you were sentenced to 3 years?
13      A.    But did 24 months.
14      Q.    Was that at Gander Hill?
15      A.    Georgetown.
16      Q.    Were you on work release during this time?
17      A.    Yes.  Last six months of it I was on work
18   release.
19      Q.    Where were you working on work release?
20      A.    Vet's Welding.
21      Q.    Okay.  Your next incarceration?
22      A.    Next incarceration was 2002.
23      Q.    Reason for incarceration?
24      A.    Burglary third.
```

1   permission, grab your stuff, walk you to your bed, tell
2   you to make your bed.  And after they do that, tell you
3   to do that, they tell you to sit around for a minute.
4   They go out talk, to a counselor, come back in, grab
5   you --
6       Q.   I'm going to stop you right there.  I wasn't
7   specific enough with my question.  With respect to the
8   set up, are the cells the same?
9       A.   There is no cells.  It's a dorm area.
10      Q.   Do you have more freedom?
11      A.   I would say yes.  Depends on what kind of
12  freedom you mean, though.
13      Q.   More to walk around and --
14      A.   You are not allowed to walk around unless you
15  are told to be walking around by an inmate.
16      Q.   The dormitory setting, when you say that are you
17  housed with another inmate or --
18      A.   You are housed with about 80.
19      Q.   One big room with a bunch of bunks?
20      A.   Yes.
21      Q.   Now, do you eat with the other inmates or do you
22  only eat with the inmates in like the Key program?
23      A.   Say orientation eats with orientation.  And the
24  rest of it, they call it the family, eats with the family

```
 1        Q.   Now, when you first got into the program are you
 2   assigned to a counselor?
 3        A.   When you first get into the program you go
 4   through what's called like an orientation stage.  That's
 5   where they do your intake, where they see what your drug
 6   addiction was, your history, background history.  Then
 7   they are giving to you, like I say a week later, you go
 8   to a counselor, they assign you a counselor.
 9        Q.   Okay.  During the orientation intake, who did
10   that?
11        A.   A counselor.
12        Q.   Then after that you are assigned to your
13   specific counselor who was going to follow you through
14   the program?
15        A.   Well, she kind of like, she monitored -- how can
16   I say this?  I say it is a joint thing between inmates
17   and counselors that monitor you through the process, but
18   more of the inmates that really monitor you, not the
19   counselor.
20        Q.   Who was the counselor assigned to you?
21        A.   Counselor -- man.  I forget her name.
22   Counselor -- I forget.  I don't even -- I don't know the
23   first counselor I had.  I don't know her name.
24        Q.   Now --
```



WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1       Q.    Now, when you are in this program are -- you
 2  progress or do you come in, are you like -- once you are
 3  okay, how do you get to be, according to you, these
 4  inmates in power?  How do you become an inmate with
 5  power?
 6       A.    Excuse my French, but kiss ass.
 7       Q.    Who assigns the positions?
 8       A.    The inmates.  They write a list down of what job
 9  positions they want to fill and they write your name in
10  there.  And supposedly they go to the counselor and ask
11  the counselor, do you feel as though this is where he
12  wants to be or this and this?  Do you have anything to
13  say?  They come back and put you in.
14       Q.    So the counselors you have, are you -- my
15  understanding of this is basic, but are inmates assigned
16  to committees?
17       A.    Now they do.  Now they have committees.  But
18  when I was in the program they didn't have committees.
19       Q.    I want to -- you are saying that they didn't
20  have committees when you were in the program?
21       A.    No.
22             MS. McENTEER:  This can be marked as
23  Exhibit 2.
24             (Deposition Exhibit No. 2 marked for
```

WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1        A.    Yes.
 2        Q.    Okay.
 3        A.    Shannon was, she was a counselor there.
 4   Director, I think his name was Harry.  They kept the
 5   program all -- the whole time when they came over from
 6   Key Webb, they still ran the same old treatment.
 7        Q.    Then you also state they allowed other inmates
 8   to view plaintiff's file without his permission.
 9        A.    Most definitely.  Sometimes they called the Key
10   arena off, and say you had to go out there at lunch.  You
11   see inmates with files, putting files together, putting
12   paperwork in people's files or, you know, see it with
13   your eyes.
14        Q.    Did you ever see anyone specifically -- did you
15   ever see anyone specifically with your file?
16        A.    With my file, no.  Not my file.  Not that I know
17   of it was my file or not.  I didn't see my name or
18   nothing.
19        Q.    So you just saw other inmates with files either
20   filing or putting the files together?
21        A.    Yeah, going through files.
22        Q.    So when you say they allowed other inmates to
23   view plaintiff's file without his permission, you don't
24   know if that's necessarily true?  You do not know if
```

```
 1  another inmate saw your file?
 2       A.   I didn't see my name or nothing on the files,
 3  so...
 4       Q.   Okay.
 5       A.   When you see an inmate going through some file,
 6  they are going through somebody's files. How else would
 7  they get it?
 8       Q.   You do not know what files they were? You
 9  didn't say, what are you looking at?
10       A.   The files they have is, it's a chart that they
11  have, basically what your file is. There is no -- like
12  this folder, there is no folder like that.
13       Q.   You didn't see the names?
14       A.   No. I didn't see no names of nobody.
15       Q.   How often did you see this going on?
16       A.   I seen it about twice.
17       Q.   Now, look at the discovery of evidence now.
18  Maybe I'm confused. It states I entered the Key problem
19  on 12/02 and left 4/05, but that's not --
20       A.   No. It should have been '04. My fault. That
21  was an error of mine.
22       Q.   Really should say '04?
23       A.   Yes.
24       Q.   Okay. Now, are those, are you sure about those
```

1  book; rub the wall, the man on the wall, thank him for
2  saving your life; hold on to each other's clothing; pull
3  your pants up like Steve Urkel.  Whatever they want you
4  to do, that's what you have to do.
5      Q.   When you say -- who --
6      A.   Inmates.
7      Q.   Is this part of the behavior and therapy?
8      A.   Yes.
9      Q.   And to go into spare parts, were you put in
10 spare parts because of misbehaving or was that --
11     A.   If you show an attitude, like if somebody tells
12 you to rub a man's chest, you are like, "I ain't doing
13 that," they write you up.  They fill out a contract.
14 They have a contract paper, put all the job details they
15 want you to do, what inmates want you to do.  They take
16 it to the supervisor or counselor and they sign off on
17 it.  And they come back and you got to do what's on that
18 piece of paper.  What them inmates tell you to do, you
19 got to do.
20     Q.   A counselor would review it and say, okay, they
21 would have the final word?
22     A.   Without even asking or doing an investigation
23 they are just --
24     Q.   How do you know that?  They didn't ask or --

1    A.    Because they would have came to talk to me if it
2 really happened.  They would come and ask me, give my
3 side.
4    Q.    To be assigned to a position, like, say, to do
5 these jobs, did you when you were -- do you know if they
6 did any investigation into that?
7    A.    No.  It happened so quick that it's impossible
8 for them to do an investigation.
9    Q.    You are basing it on the time frame.  You don't
10 have concrete evidence that says, no, they didn't do
11 investigation?
12    A.    No.
13    Q.    All right.  Now, you have another sentence down
14 here, it says, "If you quit, you can't quit because you
15 are forced to do the program by the program."  I don't
16 understand that.
17    A.    If I quit the program, I have to wait and they
18 call, pack your stuff up one day, pack your clothes up,
19 whatever you have, take you to the hole.  Then once you
20 do the sanction, they keep coming to you every 2 weeks
21 and ask you do you want to come back to the program.
22 Once you say yes -- or say the 50 days is up, whatever.
23 They still try to put you in the program, bring you right
24 back to the program.



```
 1      Q.   So --
 2      A.   So there's no way -- you have to do what they
 3  want you to do.
 4      Q.   You couldn't go to the counselor and say I don't
 5  want to be in this program?
 6      A.   No.
 7           They have DOC backing them up, also.  So
 8  whatever you did, DOC knew about it and you had to do
 9  what you had to do.
10      Q.   When you say that you were placed in the hole,
11  were you taken to --
12      A.   I was never placed in the hole.
13      Q.   You were never placed in the hole?
14      A.   No.
15      Q.   Did you ever complain to your counselor that you
16  didn't want to be in the program?
17      A.   Most definitely, yes.  I had to follow the
18  judge's order, too.
19      Q.   The judge's order specifically said you had to
20  be in the Key program?
21      A.   Yes.
22      Q.   Okay.  Did you ever attempt to quit?
23      A.   Couple times.
24      Q.   Who did you --
```



WILCOX & FETZER LTD.
Registered Professional Reporters

```
 1  chance contract.
 2      Q.   Was that for --
 3      A.   For watching NASCAR racing I got it.
 4      Q.   So it was for a violation of rules and --
 5      A.   No.  I had -- I was with one senior resident
 6  after, it was Final Four in March, I think it was 2003.
 7  Game was over.  I asked the senior resident that I was
 8  sitting there watching TV with if I can change it to see
 9  NASCAR race.  I think it was, Daytona 500 was on in
10  March.  I think that's what it was.  And I sat down -- he
11  said, "Yeah, go ahead."  He got up and left.
12           Another resident came in and changed the
13  channel.  I said, "Yo, I was watching that."
14           He said, "You were."
15           I got up, walked away.  I was mad.  I
16  started to calm myself down.  All of the sudden, I'm on
17  one side of the building, he's on this side.  He said,
18  "Don't you ever do that again."  He's saying stuff to me.
19  He said, "Don't you run into me."
20           "I ain't touching you.  I'm minding my
21  business."
22           They went up to the counselor, bogus slips,
23  with a couple witnesses, whatever they had, their boys,
24  their friends, homeys.
```

```
 1  did you sign off?
 2      A.   Yes.  I signed off and took my accountability
 3  like a man or whatever, the gut chuck, whatever it is
 4  supposed to be.  I did what I did, what they told me to
 5  do.
 6      Q.   This was --
 7      A.   This is before I found out what they were doing
 8  in the program is wrong.
 9      Q.   Who told you that what they were doing in the
10  program was wrong?
11      A.   Gary Phillips.
12      Q.   What did, if you know, what did Mr. Phillips
13  base his --
14      A.   He showed me the proof in the federal.
15      Q.   What's the proof?
16      A.   Where is it at?  It should be -- what lawyers
17  from Texas -- that it was wrong.  That the -- backup my
18  proof what they were doing in the Key program was wrong.
19  It should have something in here regarding to that.
20           I know I sent it to the judge.
21           There's a law that's in Texas that they had
22  inmates in authority of other inmates.  I got it at my
23  house.  I don't have the paperwork, but it states that
24  you can't do it, that it was wrong and cruel and unusual
```

```
 1   to have inmates in authority over other inmates.
 2       Q.   So you are citing everything on a Texas case --
 3       A.   Yes.
 4       Q.   -- that Mr. Phillips told you about?
 5       A.   Showed me.  I went and got a copy of it.  It's
 6   at my mom's house right now.
 7       Q.   How did you come about talking to Mr. Phillips
 8   about this?
 9       A.   He got, I think he was transferred from
10   downstate to the Key program up here.  He gets -- he had
11   problems or whatever he had down there.  He came,
12   transferred up here and me and him were introduced to
13   each other, you know.  Plus, I knew him from a prior time
14   I had, I think it was '98 when I was in Georgetown.  I
15   knew him already.  Me and him used to work out together.
16            When he came up here, we got to talking.
17   All that he said, you know, what they are doing is wrong.
18            I said, "What are talking about?"
19            He said, "The treatment they are giving you
20   right now is wrong."
21            I said, "How you know that?"
22            He pulled out the text right in front of
23   me.  I read it.
24       Q.   You filed the complaint after reading this case?
```

```
 1      A.    He's over top, over all the expediters.  Make
 2 sure their job functions are running correct.  Give
 3 orders.
 4      Q.    What were the expediters?  What were their --
 5      A.    Their job was to check all attitudes and
 6 behaviors and to cause attitudes and behaviors in people,
 7 see how they react to it.
 8      Q.    Okay.  What were some of the other jobs?
 9      A.    Orientator is when you first come to the
10 program, you are there for 30 days.  He has to teach you
11 everything that's in the manual.
12      Q.    Is this like a big brother, big sister thing?
13      A.    Supposedly, yes.
14      Q.    Okay.
15      A.    Like, I think it is -- yeah, big brother, big
16 sister thing.  They are supposed to teach you about the
17 manual.
18      Q.    What's ways and means?  Did you have a ways and
19 means when you were there?
20      A.    I think the last 30 days they put the ways and
21 means in -- tried to, anyway.  Tried to put it in there.
22 I don't know what it, actually what it is.
23      Q.    Was there anything similar when you were in the
24 program?
```

```
 1  would this scribe --
 2      A.   Everything is written down:  Who got a contract,
 3  who did this on their contract.  If there's a big
 4  commotion in the housing unit, fight or whatever, it's
 5  written down in the book.
 6      Q.   Did you get in a lot of fights while in the
 7  program?
 8      A.   None.
 9      Q.   You weren't involved in any?
10      A.   No.  I never had -- I had one 24.  I did 8 years
11  in prison, had one 24.
12      Q.   What do you mean?
13      A.   That means I don't get in trouble.  I don't
14  cause trouble or nothing.
15      Q.   What does a 24 mean?
16      A.   Locked in your cell for 24 hours.
17      Q.   Okay.  How about this peer support, was there
18  anything similar to that?
19      A.   There's supposed to be logicians, peer support.
20  Let's say if you have problems, expediters are running
21  heat down your back, running pressure on you.  They are
22  supposed -- "help, I need a logician."  Once you say
23  that, they are supposed to back off.  Logician comes in,
24  he takes down your feelings and what you feel at that
```