IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | : | NO. 04-177-SLR |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CIVIGENICS | : | |
| Defendant | : | |

## DECLARATION OF JAY SYLVESTER

Jay Sylvester being duly sworn according to law, deposes and says,

1. I am presently employed with Civigenics, Inc. as Director of the Key North Program for the Delaware Department of Corrections.

2. I have been with Civigenics for eight years and have held my current position since May, 2004.

3. In the Administration of the Key North Program ("Program"), Civigenics does not employ humiliation or intimidation tactics.

4. No Resident has the authority to discipline another Resident.

5. No Resident has supervisory or administrative authority over other Residents.

6. No Resident has the authority to instruct another Resident to "stand tight".

7. All infractions of the Program's rules are investigated by the Program Staff. It is the Program Staff's decision to impose sanctions, if any.

8. Program Staff, who are non-residents, assign Residents to positions within the Program. Residents do not have the authority to assign other Residents to positions within the Program.

9. Program staff and counselors are available to Residents at all time during operating hours, which are from 8:00 a.m. to 9:00 p.m.

10. Jobs available to Residents include janitorial tasks, maintaining attendance logs, setting up for functions and leading meetings, with a Program advisor present.

11. While administering the Key Program, Civigenics has never required Residents to utilize hand signals to request to perform certain functions.

12. While enrolled in the Program, Residents must comply with all regulations, policies and procedures of the Department of Corrections.

13. While enrolled in the Program, Residents have the ability to file grievances with the Department of Corrections.

14. The Grievance procedure for the Delaware Department of Corrections is as follows: an inmate may request a grievance form from an officer on duty. The inmate then forwards the grievance to the Grievance Chair. The Grievance Chair then reviews the grievance and forwards it to the appropriate party to investigate the complaint. In the instant matter, it would be the Director of the Key Program. The Director would then investigate the complaint which would include speaking with the inmate. Upon completion of the investigation, the Director forwards the results of the investigation to the Grievance Chair notify him or her whether the matter could or could not be resolved. The Grievance Chair would then notify the inmate of the results of the investigation. The inmate would then have the ability to appeal the decision.

14. All positions within the Program are supervised by a staff advisor.

Pursuant to 28 U.S.C. § 1746, I declare on this date under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

*[signature]* JMS, CNSC
2/3/06

Jay Sylvester