IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDDIE TAYLOR | : | NO. 04-177-SLR |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CIVIGENICS | : | |
| Defendant | : | |

## DECLARATION OF FRANK COSTON

Frank Coston being duly sworn according to law, deposes and says,

1. I am currently employed by Civigenics, Inc. as a Supervisor of the Key North Program.

2. I have held this position since Civigenics began administrating the Key North Program in July of 2003.

3. Prior to July 2003, I was employed by Spectrum Behavior Services as a Supervisor with the Key North Program.

4. At no time did Civigenics employ humiliation or intimidation tactics.

5. No Resident has the authority to discipline another Resident.

6. No Resident has supervisory or administrative authority over other Residents.

7. No Resident has the authority to instruct another Resident to "stand tight".

8. All infractions of the Program's rules are investigated by the Program Staff. It is the Program Staff's decision to impose sanctions, if any.

9. Program Staff, who are non-residents, assign Residents to positions within the Program. Residents do not have the authority to assign other Residents to positions within the

Program.

10. Program staff and counselors are available to Residents at all time during operating hours, which are from 8:00 a.m. to 9:00 p.m.

11. All positions within the Program are supervised by a staff advisor.

Pursuant to 28 U.S.C. § 1746, I declare on this date under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

*[signature]*

Frank Coston