# Offender Status Sheet

Date: 09/26/2002

| SBI #: | 00258692 | Name: EDWARD J TAYLOR | | |
|---|---|---|---|---|
| Location(s): | MPCJF,DO56 | Level(s): 3,5 | Race: WHITE | DOB: 03/05/1977 |
| AKA: | EDWARD J TAYLOR; EDWARD TAYLOR | | | |
| Offender Type: | Sentenced,Sentenced Probationer | | Officer(s): Yadlosky, Michelle M. (56) | |

## Level 5

Start Date: 04/25/2002   MED: 04/24/2005   STRD: 01/18/2005   ADJ: 01/18/2005   PED:   Statutory Days Earned: 96.00

| CASE#/ Count | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | | Status/ Eff Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0204018982 U7 | IN02050494 Joseph R Slights | BURGLARY 3RD STANDARD | 09/20/2002 | Current 04/25/2002 | 3 | 0 | 0 | 04/25/2002 | 04/24/2005 | 01/18/2005 | 01/18/2005 | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IN02050494 | 5 | CRT1 | Other Conditions: | EFFECTIVE 4/25/02. AS TO 0494: BE IMPRISON FOR 3 EYARS L#5. INCLUDE KEY DRUG TREATMENT. DECLARED A HABITUAL OFFENDER 11 DEL. C. 4214(a).<br><br>dp |