# CIVIGENICS, INC.

## DISCHARGE SUMMARY

**Program:** _Key North_

**Client's Name:** _Edward Taylor_     SBI#: _258692_

**Client's Address:** _3065 Court St, #B Claymont, DE 19703_

**Date of Birth:** _3/5/77_

**Religion:** _Christian_

**Education:** _9th_

**Counselor:** _Deborah Henny_

**Admission Date:** _12/19/02_

**Admitted From:**
☐GP Court ☐Re-Admit ☐Return Inter. ☐Key N ☐Key S ☐Key W ☐Key V ☐B Camp
☐YCOP ☐New Hrzn ☐Crest N ☐Crest C ☐Crest S ☐ACN ☐ACC ☐ACS ☑MPCJF
☐BCI ☐DCC ☐SCI ☐WCI ☐PCCC ☐MCCC ☐SWRC ☐SVOP ☐CVOP ☐Other

**Discharge Eligibility Date:** _3/27/04_

**Departure Date:** _3/27/04_

**Type of Discharge:** ☑Completion ☐Voluntary ☐Behavioral ☐Medical ☐Psych ☐Positive Urine
☐Intervention ☐Transfers ☐Other_____

**Discharge Address:** _1301 E. 12th St, Wilm, DE 19801_

## IDENTIFYING DATA:

**1. Age:** _26_

**2. Ethnicity:** ☑Caucasian ☐African American ☐Hispanic ☐Asian ☐American Indian ☐Other

## Host Address:

_Edward Taylor Sr._   _3065 Court St, Claymont, DE_
Name                Address                      Phone

## Work Address:

_N/a_
Name          Address                      Phone

**County assigned to:** New Castle ☑   Kent ☐   Sussex ☐   Unknown ☐

**Minimum Recommendation:** Crest ☐  Aftercare ☐  Community ☐  None ☐

## Referrals:

Referrals made ☐     Referral needs to be made ☐   (see pg. 4 for details)

Revision 11/17/03
Chart Section V

# CIVIGENICS, INC.

## ASSESSMENT OF WHAT BROUGHT CLIENT INTO TREATMENT:

**1. Drug History:** Alcohol - 18 y.o.; Marijuana - 11 y.o.; Cocaine - 12 y.o.
crack/cocaine - 15 y.o.; heroin - 15 y.o.; LSD - 13 y.o.; PCP - 12 y.o.
Ecstasy - 23 y.o.; inhalants - 13 y.o.

**2. Description of Sentencing:**
3 yrs. L-5, include key drug tx. Declare as
habitual offender)

**3. Criminal History:** 1995- burgularies, poss. of PCP, theft. 1996-
multiple burgularies, robbery 1st°; 1998-99 - trafficking PCP.
2000 L burgulary 3rd°

## TREATMENT OVERVIEW:

All clients who successfully complete the Civigenics, Inc. Program participate in three phases of treatment; Orientation Phase teaches client basic rules and expectations for compliance in the program; Primary Phase focuses on assisting client on changing cognitive thought process, anti-social values and developing emotional maturity; Transition (Re-entry) Phase assist the client in internalizing these changes, practicing and habituating how to apply these changes in daily living.

A counselor and the client completed an extensive assessment to identify individual treatment issues. In order to address treatment issues, the client participated in daily community activities. These include treatment job positions of varying responsibility, attending therapy groups; staff and peer facilitated seminars, encounter groups, addictions-related seminars. Client participates in individual counseling sessions and received a treatment plan addressing problem areas as identified in the client assessment. Every treatment plan has long and short-term goals, and various tasks to complete.

## Issues identified on the Master Treatment Plan and Subsequent Treatment Plan Updates

1. Disease Concept
2. Criminal Behaviors
3. Anger Mgmt.
4. 
5. 
6. 

## The client's progress on treatment plan issues

Verbalizes more in I.C. and groups

# CIVIGENICS, INC.

**The client's behavior in the community was generally:**

Compliant most times; generally quiet

**Client issues that were not resolved on treatment plan:**

#3 Anger Mgmt.

## TERMINATION OF TREATMENT:

**Client was discharged from the Civigenics, Inc. Program and transferred to:**

**Specific nature of discharge:**

Clnt. completed treatment

## PROGNOSIS:

Good/**Fair**/Poor

**Reason for Prognosis:** Clnt. has tools to remain abstinent however his anger issues may become a hinderance to his recovery.

## RECOMMENDATIONS:

1. **Client to attend outside support group to assist in remaining free from substance abuse.**
2. **Client will remain crime free using professional and non-professional support systems.**
3. Clnt. to attend anger mgmt.
4. 
5. 
6. 

Revision 11/17/03
Chart Section V

3

# CIVIGENICS, INC.

**REFERRALS:**

*Child Inc*

**Name**        **Address/Phone**        **Contact Person**

**Name**        **Address/Phone**        **Contact Person**

**Name**        **Address/Phone**        **Contact Person**

**Name**        **Address/Phone**        **Contact Person**

**Name**        **Address/Phone**        **Contact Person**

**Name**        **Address/Phone**        **Contact Person**

*Edward J. Taylor*        *L. Coston CADC  3/9/04*

**Client Signature**      **Date**      **Supervisor Signature**      **Date**

*Deborah Henry BS 3/9/04*        *Henry J Cole 3/10/04*

**Counselor Signature**      **Date**      **Director Signature**      **Date**