SENIOR RESIDENT APPLICAT.

NAME  Eddie Taylor                                      LEVEL  4   DATE 8-12-03

1) OBECTIVE  ( QUALIFICATIONS FOR POSITION )

   A) I have the knowledges and I'm capable of up holding the Integrity in the program.

   B) Love for oneself and others

   C) I have learned responsibility for my action and I'm willing to hold others responsible for theirs.

   D) Acceptance for oneself and others no matter what Race, Religion, or background

   E) Order and peace I can bring to the community

2) JOB HISTORY AND LENGTH OF TIME HELD.

   A) Overseer    2 weeks
   B) Chief Expediter   2 weeks
   C) Coorder Overseer  4 weeks
   D) D.H. Service Crew  3 weeks
   E) SR. Coorder   4 weeks
   F) Level 4 Program trainer  4 weeks
   * ADD MORE IF NECESSARY.

3) EDUCATION / AIDS TRAINING  ( list and explain )

   Very Knowledge of T.C.

   Taking GED Classes

   I have some certificates for AIDS Training.

4) EXPLAIN IN A BRIEF SUMMARY HOW YOU WILL UPHOLD THE INTEGRITY OF THE PROGRAM IF ACCEPTED FOR SENIOR RESIDENT?

I would be resposibil for myself and be all I can be in good behavior. I can give to others the best that I can in show them that you can change the wrong in your life by my daily inventory of self.

5) EXPLAIN WHAT YOU HAVE LEARNED WHILE IN VARIOUS JOB POSITIONS AND HOW YOU APPLY IT IN YOUR LIFE.

I have learned that you have to do your job to your best ability. Also I learned pations and Tolerance. I learned responsibility, care in concerne for ones feelings and to help someone to adapt to a T.C.

6) EXPLAIN THE MISSION STATEMENT AND WHAT IT MEANS TO YOU.

I beleave the mission statement means that people our safe from Drugs and Alcohol. So they can learn to control their behaviors in away that outside o the world can except them for who they are. Then they can learn how to control there attiude and behavior so they can stay home.