IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDDIE TAYLOR<br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CIVIGENICS, INC.<br>　　　　　　　Defendant. | Civ. No. 04-177-SLR |

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion of Defendant Civigenics, Inc. for Summary Judgment, and Plaintiff's response thereto, if any, it is hereby ORDERED and DECREED that the Motion is GRANTED and Plaintiff's claims against the Defendant are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.