2-12-06

04-177 (SLR)



Honorable Sue L. Robinson,

  Once again I'm writing in reguards to another Civigenics Inc. motion to dismiss Plaintiff's Complaint (third time). I don't agree with the motion for Summary Judgment or the dismissal of Plaintiff's Complaint. The reasons being I have evidence, it's not up to them to diccide that. Also, Defendant Civigenics Inc. would like to point out that my crediciability because I have felonies (they can't justify their actson because of that.). I would like to point out the Supervicer that made a statment in the motion for Summary Judgment of Defendant Civigenics Inc. also has Felones and been in jail (Frank Conston Exhibit "6").

  In a motion for Summary Judgment, the moving party bears a heavy berden. All allegation of the complaint are viewed by the court in a light most favorable to the Plaintiff. The Defendant can prevail only if under no circumstances or thoery of law is Plaintiff entitled to relief the Defendant motion falls far short of this standerd. A credibility of witnesses and qvality of evedence are issuses for the trier of fact and, in any event those matters are viewed in a light most favorable to the plaintiff in this procedurial setting. This Defendant arguments can't form the foundation upon which summary judgment may rest.

  Also, I feel that I'm intitled to something because Defendant Civigenics Inc. got X amount of dollars a

day for abuseing inmates. I should get something for being abuseing inside their program. I should be intitled to what they got payed.

Also, for all the forgoing reason defendant motion for Summary Judgment should be denied.

Very truly yours,

*Edward J. Taylor Jr.*
Edward J. Taylor Jr.
SBI # 258692
H.R.Y.C.I
1301 E. 12th Street
P.O Box 9561
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Motion for Edward J. Taylor Jr. was served by first class mail on February 12, 2006 upon the following:

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 N. King Street,
Lock Box 18
Wilmington, DE 1981-3570

Dated: February 12, 2006

Very truly yours,

*Edward J. Taylor Jr.*
Edward J. Taylor Jr.
H.R.Y.C.I
1301 E 12th Street
Box 9561
Wilmington, DE 19809

Edward J Taylor Jr.
SBI # 259632
H.R.Y.C.I
P.O. Box 9561
Wilmington, DE 19809



OFFICE of The Clerk
United States District Court
844 N. King Street LockBox 18
Wilmington, DE 19801-3570

Legal mail