3-19-06

Honorable Sue L. Robinson,

04-177 (SLR)

    I'm writing you regarding the motion to seal D.I. 40 that the defendant having filed information within D.I. 40. I tried to go to the Law Library here in Howard R. Young Correctional Institution to see about the motion D.I. 40 but the Law Librarian didn't know what that was. I don't think that he wanted to help with the matter. I'm not going to give up. I would like to say this, I don't have anything to hide if the defendant has things to hide I would understand. So your Honor do what you think is best in this matter about the D.I. 40. I leave it to the courts.

    Also, I would like to bring it to the courts attention that my file from the Key North Program that got sent to me by Deasey, Mahoney + Bender, LTD Attorneys at Law (Patricia E. McEntee). My contracts were not in my file. I would like to know where they went to. It's possible that they can help me in my case.

Sincerely,



Edward J. Taylor Jr

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Certificate of service

I hereby certify that a copy of the within Motion for Edward J. Taylor Jr. was served by First Class mail on March 19, 2006 upon the following:

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 North King Street
Lock Box 18
Wilmington, DE 19801

Respectfully Yours

Dated: March 19, 2006

*Edward J. Taylor Jr.*
Edward J Taylor Jr
SBI #250692
H.R.Y.C.I
P.O. Box 9561
Wilmington, DE 19809





Edward J Taylor Sr.
SBI # 258692
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570