5/28/06

Honorable Sue L. Robinson,

I'm writing regarding the fact about inmates over seeing other inmates. I have a lawsuit in your court about inmates being in charge of other inmates. I was put in a program that does the same thing that Civigenics, Inc did in there program. The program (New Visions) is violateing 8, 14, and 1st amendments. Case law (Ruiz v. Estelle cite as 503 F. Supp. 1265 1980). The program is a state or a D.O.C ran program that allows inmates to discipline and disrespect other inmates by putting blindfolds over inmates eyes in walking them in to showers with there clothes on, Also they put signs around your nack that are degrading and offensive to ones self. I was put on a lask chance contract because I told the counselor's (Malawi Barnabes and Ms. Salters.) that I have legal problems in court right now about the same thing that this program does. I have been in this program for about two months now in have not seen a counselor but one time. They do not do any seminar or any thing that we do in here. I also feel that the counselors are being spiteful to me because of Civigeics in my lawsuit that I have in. There is a lot of inmates that feel that they are being abuse by these inmates. If we tell the counselor (if we see one) what is going on and how we feel about this they tell the inmates what we say to them. If I'm right that is breaking client and counselor confidentiality laws to. I have put in greivance and wrote to the →

Deputy Warden Mark Emig about these things and nothing has changed. Me and Sam Cutillo went to the law library + file some papers about this program and the law librarian will not give us the paper work that we need. He Mr. John said that we need to ask the courts or that the courts need to tell as that we need to have a Marshall Form. I know that when I put my paper work in on Civigenics I needed a Marshall form. I need or we need some one to help us to stop the abuse that is going on in Howard Young Correctional Facility. I should not be in the same jai that Civigenics Inc is in. Back lashes can happen in here because Civigenics is apart of the state or D.O.C.

Respectfully Yours
Edward J. Taylor Jr.
*Edward J. Taylor Jr.*
SBI #258692
H.R.Y.C.F
Wilmington, DE 19809

Certificate of Service

I hereby certify that a copy of the within motion for Edward J. Taylor Jr. was served by first class mail on May 28, 2006 upon the following:

The Honoralbe Sue L. Robinson
United States District court
844 North King street
Lock Box 31
Wilmington, DE 19801

Office of the Clerk
United States District court
844 N. King street, Lock 18
Wilmington, DE 19801-3570

Date: May 28, 2006

Respectfully Yours
Edward J. Taylor Jr.
*Edward J. Taylor Jr.*
SBI #258692
H.R.Y.C.I
Wilmington, DE 19809

Edward J. Taylor, Jr.
SBI # 259692
H.R.Y.C.I
P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
30 MAY 2006 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570