IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. TAYLOR, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-177-SLR |
| CIVIGENICS, INC., | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 25th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 40) is granted. The clerk shall enter judgment in favor of the defendant.

_____
United States District Judge