IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. TAYLOR, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-177-SLR |
| CIVIGENICS, INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of September 25, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Civigenics, Inc. and against plaintiff Edward J. Taylor, Jr.

_____
United States District Judge

Dated: September 29, 2006

_____
(By) Deputy Clerk